

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-24-00494-CR

Joe Luis **TRINIDAD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR0568
Honorable Frank J. Castro, Judge Presiding

Opinion by:    Lori I. Valenzuela, Justice

Sitting:    Lori I. Valenzuela, Justice
Lori Massey Brissette, Justice
H. Todd McCray, Justice

Delivered and Filed: July 2, 2025

AFFIRMED; MOTION TO WITHDRAW GRANTED

On January 19, 2023, appellant Joe Luis Trinidad was indicted on two counts of indecency with a child by contact. Pursuant to a plea bargain agreement with the State, Trinidad pled nolo contendere to one count reduced to the lesser included offense of indecency with a child by exposure, the trial court deferred adjudication of the offense, placed Trinidad on community supervision for a period of eight years, and imposed specific conditions of community supervision on Trinidad. On April 18, 2024, the trial court signed an order revoking Trinidad's community

supervision and sentenced Trinidad to eight years of confinement. The trial court certified Trinidad's right to appeal and appointed appellate counsel for Trinidad.

On appeal, appellate counsel filed a brief in which he concludes this appeal is frivolous and without merit, and requests to withdraw as counsel. The brief demonstrates a professional and thorough evaluation of the record and meets the requirements of *Anders v. California*, 386 U.S. 738 (1967) and *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

As required, appellate counsel provided Trinidad with a copy of the brief and informed him of his right to review the record and file his own *pro se* brief. *See Kelly v. State*, 436 S.W.3d 313, 319 (Tex. Crim. App. 2014). Trinidad did not file a *pro se* brief, and the State filed a waiver of its right to file a brief.

We have thoroughly and independently reviewed the entire record and appellate counsel's brief. We find that (1) no reversible error exists in the record, (2) there are no arguable grounds for review, and (3) therefore, the appeal is frivolous. *Anders*, 386 U.S. at 744 (emphasizing that reviewing court-not counsel-determines, after full examination of proceedings, whether appeal is wholly frivolous); *Garner v. State*, 300 S.W.3d 763, 767 (Tex. Crim. App. 2009) (reviewing court must determine whether arguable grounds for review exist); *Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). Because we conclude that the appeal is without merit, we grant the request to withdraw filed by appellate counsel and affirm the trial court's judgment. *See id.*

No substitute counsel will be appointed. Should Trinidad wish to seek further review of this case by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review or must file a *pro se* petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the date of either this opinion or the last timely motion for rehearing that is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition

for discretionary review must be filed in the Court of Criminal Appeals. *See id.* 68.3. Any petition for discretionary review must comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See id.* 68.4.

Lori I. Valenzuela, Justice

DO NOT PUBLISH